UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CRAIG MINOR,
          Plaintiff,

-against-                        Index No. 6:06-CV-219

NEWMAN & LICKSTEIN AND
POWER FEDERAL CREDIT UNION.

          Defendant.

---

### STIPULATION TO DISMISS

The above litigants, by and through their representatives, do hereby agree and stipulate to dismiss the above-captioned action with prejudice and without costs to either party. The parties hereby affirm that no one is an infant and incompetent.

A facsimile of this and its signatures may be filed by either party, and without notice to the other.

_signature_
Richard L. DiMaggio, Esq.

_signature_
Scott Lickstein, Esq.
Newman & Lickstein

_signature_
Neil J. Smith, Esq.
Attorney for Power Federal Credit Union