U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 1 8 2006
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CRAIG MINOR,
        Plaintiff,

-against-                      Index No. 6:06-CV-219

NEWMAN & LICKSTEIN AND
POWER FEDERAL CREDIT UNION.

        Defendant.

---

## STIPULATION TO DISMISS

    The above litigants, by and through their representatives, do hereby agree and stipulate to dismiss the above-captioned action with prejudice and without costs to either party. The parties hereby affirm that no one is an infant and incompetent.

    A facsimile of this and its signatures may be filed by either party, and without notice to the other.

_____
Richard L. DiMaggio, Esq.

_____
Scott Lickstein, Esq.
Newman & Lickstein

_____
Neil J. Smith, Esq.
Attorney for Power Federal Credit Union

So ordered.

USDJ

4/18/06